AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☑ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.
Information associated with the Facebook Username )  22-908M(NJ)
"rashad.bruzillah" and Account ID "100023818194190" that is stored )  **Matter No.: 2021R00340**
at premises owned, maintained, controlled, or operated by Meta )
Platforms, Inc., a company headquartered in Menlo Park, California. )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Over which the Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     6/6/22     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable Nancy Joseph     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     5/23/22 @ 3:07 p.m.                    *Nancy Joseph*
                                                                *Judge's signature*

City and state:     Milwaukee, Wisconsin              Honorable Nancy Joseph, U.S. Magistrate Judge
                                                              *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook Username "**rashad.bruzillah**" and Account ID "**100023818194190**" that is stored at premises owned, maintained, controlled, or operated by Meta, Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. ("Meta"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)      All contact and personal identifying information, including the full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers for user Account Name "**SituAted Lilboozillah**" ("Lilboozillah"), with the Username "**rashad.bruzillah**", and Account ID "**100023818194190**".

(b)      All activity logs for the account and all other documents showing the user's posts and other Facebook activities from **September 1, 2021**, **to May 1, 2022**;

(c)      All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)      All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user from **September 1, 2021**, **to May 1, 2022,** including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook searches performed by the account from **September 1, 2021**, **to May 1, 2022**;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service used by the user;

(o)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 10 days of issuance of this warrant.

3

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. § 2119(1) (carjacking), 18 U.S.C. § 924(c) (possessing and/or brandishing a firearm during a crime of violence), and 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm) involving RONSHAWN BRUNT, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between RONSHAWN BRUNT and others related to the relevant offense conduct of illegal use and possession of firearms and carjacking;

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(e) The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the sale of firearms and sale and use of controlled substances, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in

4

addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| In the Matter of the Search of | | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) | Case No.  22-908M(NJ) |
| information associated with the Facebook Username "rashad.bruzillah" and Account ID "100023818194190" that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California. | ) ) ) | **Matter No.: 2021R00340** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Over which the Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2119 and 18 U.S.C. §§ 924(c) | Carjacking and Use of Firearm During a Crime of Violence |

The application is based on these facts:

See attached affidavit for additional offense descriptions.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

FBI SA Heather N. Wright
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ telephone _____ *(specify reliable electronic means)*.

Date:  5/23/22

_____
*Judge's signature*

City and state:  Milwaukee, Wisconsin

Honorabe Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT IN SUPPORT OF</u>

<u>AN APPLICATION FOR A SEACH WARRANT</u>

I, Heather N. Wright, being first duly sworn on oath, hereby depose and state as follows:

**<u>INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE</u>**

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July of 2010. Since August of 2020, I have been assigned to the FBI's Milwaukee Area Violent Crimes Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3.      Based on my training and experience, I know that criminal investigations have been aided by subpoenas, warrants, and court orders related to electronic communication records by providing critical investigative leads and corroborative evidence.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on the investigation to date and the facts as set forth in this affidavit, I submit that there is probable cause to believe that Ronshawn D. Brunt (DOB: XX/XX/94), committed the following two armed robberies / carjackings in Milwaukee, Wisconsin: 1) near the area of 2908 West Hayes Avenue on September 3, 2021; and 2) near the area of 2326 South 15th Street on September 11, 2021.  These offenses are in violation of Title 18, United States Code, Section 2119 (carjacking), and Title 18, United States Code, Section 924(c) (use of a firearm during a crime of violence).  There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## PROBABLE CAUSE

6.      On Friday, September 3, 2021, an armed robbery / carjacking occurred at 2908 West Hayes Avenue, which is located in Milwaukee, Wisconsin. The victims, N.H., R.H., and S.N., were seated in N.H.'s white 2015 Dodge Challenger with orange racing stripes, bearing Wisconsin Registration Plate ACM-9727 (VIN #2C3CDZAG0FH833775), when they were approached by an armed black male suspect. The suspect opened the driver's door and pointed a firearm at N.H., the driver of the vehicle. The gunman ordered N.H. to the ground and then pointed the firearm at R.H. and S.N. The gunman ordered R.H. and S.N. to the ground as well and

2

demanded the property of all three individuals. N.H. was the only individual that provided his cellular telephone to the subject. The gunman entered the driver's seat of the vehicle, demanded N.H. assist the gunman start the vehicle, and then fled the robbery location in the above-described Dodge Challenger. The suspect was described as a black male, 18-23 years of age, 5'08''-5'10'', thin, 140-150lbs, wearing a full black ski-mask, black shirt, black pants, armed with a black or silver revolver.

7.     On Saturday, September 4, 2021, Milwaukee Police Department (MPD) Officers Evan MIKULSKY and Jacob BRYANT-POVLETICH were dispatched to investigate a "shots fired" complaint reported near 1517 West Burleigh Street, which is located in Milwaukee, Wisconsin. The officers interviewed and identified the victim as M.A. According to M.A., she received a call from 'GRETCHEN' who reported her (GRETCHEN'S) son's vehicle had just been recently taken during an armed robbery. GRETCHEN is the mother of N.H., one of the victims of the September 3, 2021 armed carjacking described above. GRETCHEN stated to M.A. that she had just observed the vehicle at a car wash located at the intersection of North Teutonia Avenue and West Walnut Street, Milwaukee, Wisconsin.

8.     M.A. responded to the area of the car wash described above and observed the stolen Dodge Challenger. M.A. followed the Dodge to the area of North 15th Street and West Burleigh Street, Milwaukee, Wisconsin. The Dodge and M.A.'s vehicle faced each other in the alley behind the approximate address of 1535 West Burleigh Street. M.A. observed the driver of the stolen Dodge exit the driver's seat, produce a small black semi-automatic handgun, and discharge two rounds into the air. M.A. immediately fled the area and drove to MPD - District Five station to report this incident. M.A. provided the following description of the driver involved in this incident:

3

a 23 year-old black male, thin build, with short dreadlocks, wearing a black baseball hat and black shirt.

9.     MPD Detective SANTIAGO and responding officers went to the incident location described by M.A. At that location, they were unable to locate any casings or any other evidence regarding the incident.  An anonymous citizen told the investigators that he/she had observed the Dodge Challenger parked in the rear of 1515/17 West Burleigh Street, Milwaukee, Wisconsin. While checking the area, the above listed Dodge Challenger was observed occupied with the engine running.  MPD Squad 5258 (PO Evan Mikulsky, PO Mark Staszewski, and PO Jacob Bryant-Povletich) attempted to approach the vehicle while it was parked. Disregarding lawful commands to stop, the operator of the stolen Dodge reversed out of the alley.  The uniformed MPD officers re-entered their marked MPD squad car and activated their emergency lights and sirens. The operator rapidly accelerated away, while disregarding numerous traffic signs and signals.  A vehicle pursuit was initiated, during which time, the operator successfully eluded multiple MPD police squads.

10.    The Dodge Challenger was later located unoccupied at 3628 North 14th Street, Milwaukee, Wisconsin.  MPD  Forensic Investigator Alan Winter processed the vehicle. Three latent prints were recovered from the inside of the Dodge Challenger and were identified as belonging to Ronshawn D. Brunt (D.O.B. XX/XX/94). A check of Milwaukee Police Department records systems found Brunt matched the suspect description in the shots fired incident, and the subject depicted in the car wash surveillance footage.

11.    On September 5, 2021 at approximately 1:44 a.m., POs Vidal Lomeli and Bradley Baker were dispatched to 1123 West Harrison Avenue, Milwaukee, Wisconsin, to investigate a reported armed robbery / carjacking. PO Lomeli interviewed the victim, A. M. D., who stated he

4

was driving home, when he received a phone call and pulled his car over at the approximate location of 1123 West Harrison Avenue. A. M. D. stated that an unknown black male, wearing all black clothing, opened his driver side door, pointed a black handgun at him and demanded A.M.D.'s vehicle: a white, 2007 Cadillac Escalade, bearing Wisconsin Registration #AKJ-8077 (VIN # 1GYFK63877R164743). A. M. D, grabbed the suspect's firearm, a brief scuffle ensued, and the suspect dropped his firearm outside of the vehicle. The suspect then picked up the firearm and shot one time in A. M. D.'s direction and A. M. D. ran away from the suspect. The suspect then got into A. M. D.'s vehicle and fled the area.

12.     On Sunday, September 5, 2021, at approximately 3:57 a.m., MPD Detective Joseph Lanza responded to the Speedway Gas Station, located at 369 East Oklahoma Avenue, Milwaukee, Wisconsin, to gather potential video evidence and a witness interview. Detective Lanza interviewed H.R., who is the owner of Central Private Police and has been contracted to provide security at this specific Speedway location. H.R. stated that on September 5, 2021, at approximately 1:45 a.m., she was standing outside the Speedway, smoking a cigarette when she observed a white, Cadillac Escalade bearing Wisconsin registration plate number AKJ-8077, enter the gas station parking lot and park at Pump 01. H.R. stated that a black male exited the driver's seat of the Escalade and was the sole occupant. H.R. stated that the subject entered the gas station store and asked the cashier to use her phone. The cashier declined the subject's request. H.R. stated that the male then asked to use her phone, which she allowed. H.R. stated that the subject made three calls to the number "(773) 717-4069" while on speaker phone. H.R. stated that in between phone calls, the subject asked for directions to "1817 West Burleigh Street" and H.R. provided directions to the best of her ability. H.R. stated that the subject also sent a text message to that number, providing the address of Speedway and the number replied, "OMW." H.R. stated

that she became suspicious and put a note of the vehicle and plate in her phone. H.R. stated that the subject drove off in the Escalade and returned a few minutes later without the vehicle. H.R. stated that the subject waited for a few minutes until a red Hyundai or Honda arrived bearing Wisconsin registration plate number AFH-7029. The subject then entered as the front seat passenger and the red vehicle left the area.

13. On Sunday, September 5, 2021, at approximately 5:45 p.m., Detective Ross MUELLER conducted surveillance at the location of 1517 West Burleigh Street, Milwaukee, Wisconsin. Upon arrival, he observed a Honda, 2-door, red in color, with a discolored hood, bearing WI registration plate number AFH-7029. The vehicle was unoccupied and parked directly in front of 1517 West Burleigh Street (the location where the above-described Dodge Challenger from the carjacking incident on September 3, 2021 was seen parked in the alley and where the shots fired incident had occurred).

14. On Saturday, September 11, 2021, at approximately 1:15 a.m., an attempted armed robbery / carjacking with shots fired occurred at 2326 Sout 15th Street, Milwaukee, Wisconsin. MPD Detectives Curtis Pelczynski and Travis Jung responded to the location and interviewed two victims, K.R.M. and M.L. K.R.M. stated she was at the location to pick up M.L., when a black male suspect approached her and put a handgun to her temple. K.R.M. stated the suspect demanded her vehicle but she refused to turn it over. As the robbery was in progress M.L. arrived, exited her vehicle, which was parked in front of K.R.M.'s, and unknowingly walked into the robbery. The suspect then turned his attention to M.L. and demanded her vehicle. The suspect entered the driver seat of M.L.'s vehicle, at which time M.L. and K.R.M. began to physically pull the suspect from the vehicle. An additional passenger of M.L.'s vehicle, J.R., also exited the vehicle and assisted K.R.M. and M.L. in preventing the suspect from entering the vehicle. K.R.M.

stated that as they scuffled with the suspect, she heard a shot fired from across the street. When K.R.M. looked toward the sound of the gun shot, she observed a cloud of smoke near the driver's window of a small black vehicle. K.R.M. stated that the carjacking suspect fled on foot to the suspect vehicle, and as he got into the passenger seat, an additional gun shot was heard. The suspect vehicle then fled the area. The victims described the suspect as a black male, mid 20's with ear to shoulder length dreads, approximately 5'10" with a thin build.

15.     Investigative follow-up was conducted in an attempt to identify the suspect vehicle. Officer Robert Zaragoza reviewed MPD pole cameras in the area surrounding the incident and was able to locate video of the suspect vehicle from 1:18 AM on September 11, 2021. The vehicle was found to have Wisconsin registration plate number AGX-2148 affixed to the rear of the vehicle. A check of Wisconsin Department of Transportation revealed this plate did not have a vehicle associated with it. Detective Pelczynski was able to review the video of the suspect vehicle and was able to identify it as a black Volkswagen Golf SportWagen, approximate year range of 2017 to 2019. Additionally, Officer Zaragoza located video of the Volkswagen entering the parking lot of Villard Food Mart, located on 2908 West Villard Avenue, Milwaukee, Wisconsin on September 10, 2021 at 10:13 PM (3 hours prior to the attempted carjacking's on South 15th Street.). Surveillance video was recovered from the store, which depicted a black male wearing a white t-shirt exit the driver seat of the vehicle and enter the store. A second black male exits the front passenger seat, approaches the front of the business and motions for the first suspect to come back outside. The second suspect is described as a black male, approximately 5'10" with a thin build and shoulder length dreads, wearing a black t-shirt and tan boots (which is consistent with the suspect description provided by the victims from South 15th Street).

7

16.     On September 11, 2021, at approximately 11:22 PM, Germantown Police Officer Justin Pesch conducted a traffic stop on a black, 2019 Volkswagen Golf Sportwagen bearing WI plate AGX-2148 on I-41, south of Mequon Road, Germantown, Wisconsin.  PO Pesch made contact with the occupants, and after providing a false name to the officer, the driver fled the traffic stop at a high rate of speed.  PO Pesch then pursued the vehicle, which disregarded his emergency lights and siren, until the vehicle crashed and both occupants fled on foot.  The driver of the vehicle, identified as Sinsay R. Davis (D.O.B. XX/XX/1996), was located hiding under a white vehicle in a nearby park and ride, located at N169W22191 Apple Lane, Jackson, Wisconsin. The driver refused to abide by police commands and began to walk westbound through the park and attempt to run away from officers. A foot pursuit ensued and Davis was taken into custody.

17.     Along with Germantown PD, the Slinger Police Department, Jackson Police Department, Washington County Sheriff's Department, and Wisconsin State Patrol, all assisted with setting a perimeter to locate the passenger of the vehicle, later identified as Ronshawn D. Brunt.  With the assistance of his K9, PO Pesch traveled in a northern direction from the crash in order to locate Brunt. PO Pesch located a large amount of United States currency in cash and coins scattered throughout the wooded area. The K9 further located a silver Apple iPhone with a black Jordan case, Model# A1549, FCCID# BCG-E2816A, with an active GPS on the screen. The GPS was showing an address in Fond Du Lac, Wisconsin (this phone is currently being held at MPD under Inventory# 21035543_2). The K9 also located a dark blue and black checkered Louis Vuitton satchel.

18.     After locating the articles on the ground, Washington County Drone Operator Hughes# 470 reported a thermal heat signature within 15 feet of PO Pesch's location. PO Pesch located a softball sized chunk of dreadlock hair and immediately gave commands to Brunt. Brunt

8

did not follow PO Pesch's commands. PO then released the K9, however, due to the thick marsh grass, the K9 was unable to reach Brunt. Brunt then voiced that he would comply and surrender to police. The K9 was recalled and Brunt was taken into custody without further incident. Brunt was searched for officer safety and was found to have a satchel that contained $771.00 and 1.9 grams of a green leafy substance that field-tested positive for THC/marijuana.

19.     PO Pesch conducted a search of the suspect Volkswagen and recovered from the driver's side floorboard, a Taurus Model 66, .357 magnum caliber revolver pistol with Wood grips, loaded with (5) five federal .357 magnum steel case ammunition inside the revolver cylinder and (1) one empty casing with a primer impact still inside the revolver. From the front passenger floorboard area, PO Pesch recovered one (1) black Rock Island Armory Model #206.38 Special Caliber Revolver, bearing serial number RIA2041198, loaded with (5) five brass case Blazer .38 ammunition rounds and (1) one round missing from the six-shot revolver. PO Pesch recovered a black Apple iPhone cellular telephone with a cracked screen, Model #A1661, FCCID: BCG-E3087A, located in the center console of the vehicle (this phone is currently being held at MPD under Inventory# 21035513_1). He also recovered a backpack in the rear passenger area containing (7) seven packages of unmarked gummy candies, weighing 394.6 g, that tested positive for THC.

20.     During the booking process, Davis provided officers with a home address of 1517 West Burleigh Street, Milwaukee, Wisconsin. During Davis's interview, Davis informed the Officers that while he was fleeing from police, he had lost his fanny pack, phone and money. Davis described his cellular telephone as a gray iPhone with an NBA style case over it. Davis was processed and transported to Washington County Jail, where he remains in custody.

9

21.     An NCIC records check revealed that Sinsay R. Davis is a convicted felon in the State of Illinois for Aggravated Robbery under Cook County Court Case # 2014CR072870.

22.     Brunt was also conveyed to Germantown Police Department, processed and then released with a future court date.  Following Brunt's release, an NCIC records check revealed that Ronshawn D. Brunt is a convicted felon in the State of Illinois for Armed Robbery under Cook County Court Case # 2012CR050110.

23.     Detectives from MPD reviewed the booking photograph taken of Davis by the Washington County Jail and was able to identify Davis as the subject who entered the gas station at 2908 West Villard Avenue, prior to the above-described attempted carjacking on September 11, 2021.

24.     On September 13, 2021, MPD Detective Curtis Pelczynski  applied for and was a granted a search warrant for the upper unit residence at 1517 West Burleigh Street, Milwaukee, Wisconsin, by Milwaukee County Court Commissioner Rosa M. Barillas.  On September 14, 2021, prior to executing the residential search warrant, MPD Detectives Lackovic and Gonzalez conducted surveillance of 1517 West Burleigh Street.  They observed Brunt arrive at the residence in a two door, red Honda Civic and enter the the front door of the residence. Following Brunt's arrival, the MPD Tectical Enforcment Unit (TEU) executed the search warrant at 7:39 a.m. They made contact with three adults and two children, but did immediately locate Brunt. While clearing the attic of the residence, the TEU  located a rifle with a silencer in plain view. The TEU obtained consent for the residence in the lower unit (1515 West Burleigh Street) in order to verify that Brunt had not entered the unit. TEU cleared the lower unit and did not locate Brunt.

25.     It was then believed that Brunt may have barricaded himself in the basement of the residence. At 8:45 a.m., MPD's Crisis Negotiation Team responded and attempted to negotiate

with Brunt to surrender peacefully. Between TEU and the MPD Crisis Negotiation Unit, hundreds of commands were made to Brunt over the course of roughly (4) four hours to surrender. TEU eventually deployed two canisters of tear gas through a basement window, which led to Brunt's surrender. Brunt was taken into custody at approximately 11:35 a.m.

26.     During their search of the residence, officers located Brunt's bedroom in the southwest corner of the residence where numerous clothing items captured on surveillance were located, his Wisconsin Identification card, a bus ticket for Sinsay Davis, and ammunition that matched the revolvers recovered during the Germantown Police Department vehicle pursuit. Furthermore, Brunt had access to the attic through the back stairwell. Brunt's family denied any knowledge of the rifle recovered or any firearms within the residence.  The residents at 1515 West Burleigh Street also stated that they do not own a rifle and do not utilize the attic where the rifle was found.

27.     On September 18, 2021, Germatown Police Department Lieutenant Mikulec received information that the black Volkswagen with VIN# 3VWY57AUXKM511422 was reported stolen by the Chicago Police Department. The Volkswagen had been stolen on September 8, 2021 in the City of Chicago at approximately 6:00 a.m. during an armed robbery. After receiving information from the the Chicago Police Department, responding officers reported to 2100 West 51st Street, Chicago, Illinois, at approximately 8:10 a.m. The victim, E.M., told responding officers that she had exited the building at the aforementioned address when she was approached by an unknown, black, male subject, wearing a black shirt and black pants,who presented a hammer, and stated "give me your keys and money." E.M. relayed that she did not have any money and handed her car key to the subject. The subject told E.M. to step back inside the building. The subject, along

11

with a second subject, fled in an unknown direction. When E.M. looked outside the building, her vehicle, a black 2019 Volkswagen Golf, was no longer where she had left it parked.

28.     On September 20, 2021, a photo array was conducted by the Chicago Police Department in order to identify the subject of the carjacking that occurred on September 18, 2021. E.M. was shownsix photos of possible suspects to E.M. upon review fo the photo array by Detective O'Malley, E.M. identified Sinsay Davis as a participant in the carjacking and had threatened her with a mallet/hammer.

## IDENTIFICATION OF BRUNT FACEBOOK ACCOUNT

29.     On April 27, 2022, the Facebook ("FB") account believed to be used by Brunt was identified as "**SituAted Lilboozillah**" ("Lilboozillah"), with the Username: **rashad.bruzillah**, and **Account ID: 100023818194190**. A request for preservation of records for the account was submitted via the Facebook portal. The Account was publicly available and therefore any user was able to view the content of the account. In review of the profile, the profile cover photo was a photo of a black male with shoulder length dreads who appeared visually similar to Brunt. Photos found throughout the photo album were also consistent with the same physical characteristics of Brunt.

30.     On August 30, 2021, the user of "SituAted Lilboozillah" posted the following:

- A photo of himself with the photo caption: "All I did was transformed from a boy to a men, All I did was stack the money from a dollar to a band, Again and again still ain't switch shit yet, Cuz I can never put the "M" before the "L" cuz I'll be fucking up the alphabet. Loyalty Over Cashass N!&&^ #HappyBornDayToTheKingg #SitchyyKingg."

12

31.     On November 5, 2019, the user of "SituAted Lilboozillah" posted the following:

- A photo of himself with two other males with the photo caption "Hopefully I survive #FreeBroNem". Another FB user commented: "Rashawn locked up," to which Lilboozillah responded, "Nawl im still out here son!"

32.     On October 12, 2019, the user of "SituAted Lilboozillah" posted a happy birthday post for his mother and tagged user "Towana SoGorgeous Brunt." (Note: BRUNT identified his mother as Towana Brunt in his pedigree during a Milwaukee Police Department interview).

33.     On March 13, 2022, the user of "SituAted Lilboozillah" posted the following:

- A photo collage of himself holding a fan of cash and sitting on top of the trunk of a dark colored Volkswagen sedan with the caption "Day befo I caugh this weak ass case" [emoji] – 12s told me anything I say can and will be used against me in the courts of law [emoji] so ion wanna talk -# [emoji][emoji]"

34.     Based on my training and experience, I am aware that individuals involved in criminal activity, including violent offenses with firearms, have also used websites and third-party applications, such as Facebook, to communicate regarding their illegal activity and flaunt illegal firearms.

35.     Meta Platforms, Inc. owns and operates a free-access social networking website called Facebook that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

13

36.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

37.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

38.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

39.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available

14

elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

40.    Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

41.    Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

15

42.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

43.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

44.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

45.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

46.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

47.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

48.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile,

16

that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

49.     Social networking providers like Meta Platforms, Inc. typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Meta Platforms, Inc. typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

50.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta Platforms, Inc., can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users

17

access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses; investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

51.     Therefore, the computers of Meta Platforms, Inc. are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

52.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B1 and B2. Upon receipt of the information described in Section I of Attachment B1 and B2,

18

government-authorized persons will review that information to locate the items described in Section II of Attachment B1 and B2.

## <u>CONCLUSION</u>

53.     Based on the foregoing, I request that the Court issue the proposed search warrant.

54.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Meta, Inc..  Because the warrant will be served on Meta, Inc., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

55.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

56.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook Username "**rashad.bruzillah**" and Account ID "**100023818194190**" that is stored at premises owned, maintained, controlled, or operated by Meta, Inc., a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

I.      **Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. ("Meta"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including the full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers for user Account Name "**SituAted Lilboozillah**" ("Lilboozillah"), with the Username "**rashad.bruzillah**", and Account ID "**100023818194190**".

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities from **September 1, 2021**, **to May 1, 2022**;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

21

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user from **September 1, 2021**, **to May 1, 2022,** including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook searches performed by the account from **September 1, 2021**, **to May 1, 2022**;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service used by the user;

22

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 10 days of issuance of this warrant.

23

**II.    Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. § 2119(1) (carjacking), 18 U.S.C. § 924(c) (possessing and/or brandishing a firearm during a crime of violence), and 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm) involving RONSHAWN BRUNT, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between RONSHAWN BRUNT and others related to the relevant offense conduct of illegal use and possession of firearms and carjacking;

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(e) The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the sale of firearms and sale and use of controlled substances, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in

24

addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Facebook, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Facebook, and they were made by Facebook as a regular practice; and

b. such records were generated by Facebook's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____        _____
Date                                                        Signature